IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01766-BNB

JORGE VILLANUEVA,

Applicant,

v.

J. M. WILNER, Warden, FCI-Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 3 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

In an order filed on September 18, 2008, the Court denied Applicant leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. The Court also ordered Applicant to pay the $5.00 filing fee within thirty days if he wished to pursue his claims in this action. Applicant was warned that the habeas corpus application would be denied and the action would be dismissed without further notice if he failed to pay the filing fee within thirty days. On October 22, 2008, Magistrate Judge Boyd N. Boland entered a minute order granting Applicant an extension of time to pay the filing fee.

Applicant has not paid the filing fee within the time allowed. Therefore, the habeas corpus application will be denied and the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice because Applicant failed to pay the filing fee.

DATED at Denver, Colorado, this 3 day of December, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01766-BNB

Jorge Villanueva
Reg. No. 86386-080
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **12/3/08**

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk